**PONTIN LIGHTERAGE COMPANY,**
Libelant-Appellant,

v.

**AMERICAN EXPORT LINES, Inc.,**
Respondent-Appellee.

No. 202, Docket 23705.

United States Court of Appeals
Second Circuit.

Argued Dec. 21, 1955.

Decided Jan. 11, 1956.

Foley & Martin, New York City (Christopher E. Heckman, New York City, of counsel), for appellant.

Haight, Gardner, Poor & Havens, New York City (Kenneth Gardner, John Osnato, Jr., New York City, and John J. Mulcahy, Jr., Brooklyn, N. Y., of counsel), for appellee.

Before FRANK, HINCKS and LUMBARD, Circuit Judges.

PER CURIAM.

We affirm on the opinion of Judge Galston, 126 F.Supp. 824.

**Thompson O. LIVINGSTON,**
Appellant,

v.

**SHREVEPORT–TEXAS LEAGUE BASEBALL CORPORATION, Appellee.**

No. 15567.

United States Court of Appeals
Fifth Circuit.

Jan. 9, 1956.

Alfred W. Bullock, Otis W. Bullock, Shreveport, La., for appellant.

Robert McLean Jeter, Jr., Shreveport, La., Tucker, Bronson & Martin, Shreveport, La., of counsel, for appellee.

Before BORAH and JONES, Circuit Judges, and WRIGHT, District Judge.

PER CURIAM.

The facts of this cause and the reason for the decision of the District Court are set forth in the opinion of Judge Ben C. Dawkins, Jr., 128 F.Supp. 191. Being in agreement with the views of the trial judge and seeing no reason for repeating them the judgment is affirmed.